UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Lamont Moore,<br><br>    Petitioner<br><br>v.<br><br>Warden Oliver, *et al.*,<br><br>    Respondents | Case No.: 2:24-cv-00774-JAD-MDC<br><br>**Order Denying Application to Proceed *In Forma Pauperis***<br><br>[ECF No. 1] |

In his *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus, James Lamont Moore alleges that the Nevada Department of Corrections is not applying the correct credits to his aggregate sentence.[1] He also applies to proceed *in forma pauperis*.[2] Based on the current information about petitioner's financial status, including any additional information he may have provided, however, I find that he is able to pay the full fee under 28 U.S.C. § 1915. So I deny his application.

IT IS THEREFORE ORDERED that petitioner's request for leave to proceed *in forma pauperis* [**ECF No. 1] is DENIED**. **Petitioner has until June 9, 2024, to have the $5.00 filing fee sent to the Clerk of Court** or this case may be dismissed without prejudice and without further prior notice. The Clerk of Court is directed to retain the petition but not file it at this time.

_____
U.S. District Judge Jennifer A. Dorsey
May 9, 2024

---

[1] ECF No. 1-1.
[2] ECF No. 1.