**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| James Lamont Moore,<br><br>  Petitioner<br><br>v.<br><br>Warden Williams, *et al.*,<br><br>  Respondents | Case No.: 2:24-cv-00774-JAD-MDC<br><br>**Order Granting Motion to Seal and Granting Extension to File Response to Petition to October 1, 2024**<br><br>[ECF Nos. 14, 17] |

Respondents ask for an extension to file a response to James Lamont Moore's pro se 28 U.S.C. § 2241 petition for writ of habeas corpus.[1]  Good cause appearing, I grant that motion.  They also ask to file an exhibit under seal.[2]  While there is a presumption favoring public access to judicial filings and documents,[3] a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure.[4]  In general, "compelling reasons" exist where the records may be used for improper purposes.[5]  Here, respondents ask to file Moore's presentence investigation report ("PSI") under seal because it contains confidential information that, under Nevada law, cannot be made part of any public record.  I have reviewed the report and conclude that respondents have demonstrated

---

[1] ECF No. 17.

[2] ECF No. 14.

[3] *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978).

[4] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citations omitted).

[5] *Id*. at 1179 (citing *Nixon*, 435 U.S. at 598).

compelling reasons to file it under seal.  So I grant the motion, and the PSI will remain under seal.

　　　　IT IS THEREFORE ORDERED that respondents' motion for extension of time to file a response to the petition **[ECF No. 17] is GRANTED** *nunc pro tunc* to September 10, 2024.  **The deadline to file the response is extended to October 1, 2024**.

　　　　IT IS FURTHER ORDERED that respondents' motion for leave to file exhibit under seal **[ECF No. 14] is GRANTED.  The Clerk of Court is directed to MAINTAIN THE SEAL on ECF No. 15.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　September 18, 2024

2