**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| James Lamont Moore,<br><br>　　　　Petitioner<br><br>v.<br><br>Warden Williams, *et al.*,<br><br>　　　　Respondents | Case No.: 2:24-cv-00774-JAD-MDC<br><br>**Order Granting Extension to File Reply in Support of Motion to Dismiss to November 15, 2024**<br><br>[ECF No. 21] |

Respondents ask to extend their deadline to file a reply in support of their motion to dismiss James Lamont Moore's *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus.[1] Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 21] is GRANTED** *nunc pro tunc* to October 16, 2024. **The deadline to reply is extended to November 15, 2024**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　October 30, 2024

---

[1] ECF No. 21.