# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Lamont Moore,<br><br>       Petitioner<br><br>v.<br><br>Warden Williams, *et al.*,<br><br>       Respondents | Case No.: 2:24-cv-00774-JAD-MDC<br><br>**Order Granting Extension to File Reply in Support of Motion to Dismiss to February 13, 2024**<br><br>[ECF No. 23] |

Respondents ask for an extension to file a reply in support of their motion to dismiss James Lamont Moore's *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus.[1]  Good cause appearing, IT IS ORDERED that respondents' motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 23] is GRANTED** *nunc pro tunc* to November 15, 2024.  **The deadline to reply is extended to February 13, 2025**.

_____
U.S. District Judge Jennifer A. Dorsey
November 19, 2024

---

[1] ECF No. 23.